# United States Court of Appeals
## For the Eighth Circuit

_____

No. 15-2654
_____

Aaron Olson

*Plaintiff - Appellant*

v.

United States Post Office

*Defendant - Appellee*
_____

Appeal from United States District Court
for the District of Minnesota - Minneapolis
_____

Submitted: March 1, 2016
Filed: March 4, 2016
[Unpublished]
_____

Before LOKEN, MURPHY, and BYE, Circuit Judges.
_____

PER CURIAM.

Minnesota resident Aaron Olson appeals the district court's[1] dismissal of his pro se complaint alleging that he was assaulted by a postal worker, and the court's denial of his motion to amend the complaint. After careful de novo review, see In re NVE Corp. Sec. Litig., 527 F.3d 749, 752 (8th Cir. 2008) (de novo review of denial of motion to amend complaint based on futility); Riley v. United States, 486 F.3d 1030, 1031 (8th Cir. 2007) (de novo review of dismissal for lack of subject matter jurisdiction), we conclude that dismissal was appropriate for the reasons stated by the district court. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Joan N. Ericksen, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Becky R. Thorson, United States Magistrate Judge for the District of Minnesota.